**UNITED STATES of America ex rel. Edward H. KELLY, Relator-Appellant, v. WARDEN OF SING SING PRISON, Respondent-Appellee.**

No. 118, Docket 22526.

United States Court of Appeals
Second Circuit.

Argued Oct. 28, 1952.

Decided Oct. 28, 1952.

Whitman Knapp, New York City, for relator-appellant.

Louis G. Bruhn, James J. Abernethy, Kingston, N. Y., for respondent-appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order of the United States District Court for the Southern District of New York is hereby affirmed. Stay denied.